IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>KATHY J. PARKER,<br><br>             Defendant. | 4:06CR3044<br><br>**ORDER** |

IT IS ORDERED:

1) The government's motion for release from garnishment, (Filing No. 37), is granted.

2) Nebraska Public Employees Retirement Systems is hereby released from any garnishment obligation arising from the above-captioned case.

3) The clerk shall mail a copy of this order to Miden Ebert, Benefits Manager, Nebraska Public Employees Retirement System, 1526 K Street, Suite 400, Lincoln, NE 68509-4816.

Dated this 19th day of May, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge