IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:06CR3044 |
| vs. | ORDER TO RELEASE GARNISHMENT |
| KATHY J. PARKER, | |
| Defendant. | |

This matter comes before this Court on the Motion (filing no. 48) of the Plaintiff, United States of America, for an order releasing the garnishment against County of Boone, and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against County of Boone, is released.

DATED this 19th day of January, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge